JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA K. LEE,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. SACV 12-0226-GHK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: 11/6/12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE